**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL GONZALEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF ANAHEIM, et al., <br><br> Defendants. <br><br> ——————————————— <br><br> F.E.V., et al., <br> Plaintiffs, <br><br> v. <br><br> CITY OF ANAHEIM, et al., <br><br> Defendants. | SA CV 10-1608 PA (SHx) <br> CV 10-4660 PA (SHx) <br><br> JUDGMENT |

  Pursuant to the Court's July 11, 2011 Order finding that defendants City of Anaheim, Daron Wyatt and Matthew Ellis ("Defendants") are entitled to judgment in their favor on the false arrest claim brought by Plaintiff F.E.V. and the section 1983 claims and <u>Monell</u> claim brought by Plaintiffs F.E.V., Antoinette Sanchez, and Rafael Gonzalez ("Plaintiffs"), and declining to exercise supplemental jurisdiction over Plaintiffs' remaining state law claims,

  IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Defendants shall have judgment entered in their favor on Plaintiffs' claims under 42 U.S.C. § 1983.

1 | IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiffs take
2 | nothing and Defendants shall recover their costs of suit.
3 | IT IS SO ORDERED.

DATED: July 11, 2011

                                                 Percy Anderson
                                    UNITED STATES DISTRICT JUDGE